AUSA: DePorre Telephone: (810) 766-5177

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Sutara, ATF Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Benjamin Richard Greene,

Case No. 4:26-mj-30509
Judge: Ivy, Curtis
Filed: 08-24-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 20, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about August 20, 2026, in the Eastern District of Michigan, Benjamin Richard Greene violated 18 U.S.C. § 922(g)(1) (Felon in possession of a firearm).

☑ Continued on the attached sheet.

*Complainant's signature*

Nathan Sutara, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: August 24, 2026

City and state: Bay City, MI

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Nathan Sutara, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. As an ATF agent, I am tasked with investigating criminal violations involving firearms, narcotics and violent crime offenses including violations of Title 18 and Title 21 of the United States Code. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately five years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving violations of state and federal firearms laws, robberies, shootings, and homicides, as well as narcotics trafficking.

2. I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of documents, and information gained through my training and experience. The information outlined below is provided for

the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Based on the facts below, there is probable cause to believe that on August 20, 2026, in the Eastern District of Michigan, Benjamin Richard Greene violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

## PROBABLE CAUSE

4. Around noon on August 20, 2026, officers and detectives with the Mount Morris Township Police Department responded to an address located in Flint, Michigan to execute an arrest warrant.

5. While at the residence, police observed a dark gray Chrysler 300 backed into the driveway with the driver's door wide open. Police saw a male, later identified as Benjamin Richard Greene, sitting in the driver seat with his feet outside of the car. The car's keys were in the ignition, and an open container of alcohol was in the cup holder. When police approached Greene, they observed the grip of a black handgun in Greene's right front pants pocket. Police could also see rear orange sight on the pistol.

6. Police removed the firearm from Greene's pocket and put Greene in handcuffs. Police transported Greene to the Genesee County Jail.

7. The seized firearm is a Smith & Wesson, M&P Shield, .45 caliber pistol bearing S/N: HZS0222 that was loaded with one round in the chamber and seven

additional rounds in the magazine.

8. Greene's criminal history records show that he is currently on federal supervised release for a 2022 conviction in the Eastern District of Michigan for possession of a stolen firearm. In that case, Greene received a sentence of 46 months in custody and two years of supervised release. Greene is also on state parole for a 2023 conviction in Genesee County Circuit Court for felony attempt breaking and entering a building with intent and felony unlawfully driving away an automobile. Greene also has numerous other felony convictions.

9. On August 24, 2026, I spoke with Special Agent Dustin Hurt who has received specialized training regarding the manufacture and shipping of firearms. S/A Hurt stated that the Smith & Wesson model pistol was manufactured outside the state of Michigan.

## CONCLUSION

10. Based on the above information, there is probable cause that on August 20, 2026, Benjamin Richard Greene violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

Respectfully submitted,

Nathan Sutara
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 24th day of August, 2026.

Hon. Patricia T. Morris
United States Magistrate Judge